UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARINA LOWRIE and
CLIFFORD LOWRIE, JR.,

        Plaintiffs,

    v.

ALLIANCE BANCORP, a California
corporation; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., a
California corporation; PARADISE
MORTGAGE CORPORATION, a California
corporation; JP MORGAN CHASE BANK,
a national financial institution;
CALIFORNIA RECONVEYANCE COMPANY,
a California corporation; and
DOES 1 to 100, inclusive,

        Defendants.

                                NO. CIV. S-10-468 LKK/GGH

O R D E R

      On February 25, 2010, plaintiffs filed an ex parte motion for a temporary restraining order seeking to enjoin defendants from "selling, transferring, conveying, foreclosing upon, evicting or any other conduct adverse to" plaintiffs concerning the real property at 2703 Carmero Drive, Lincoln, California 95648. Plaintiffs' counsel initially believed that a foreclosure sale of this real property is scheduled to take place on February 26, 2010

1

1 at 10:00 a.m. However, plaintiffs' counsel just informed the court
2 that the foreclosure sale is postponed until April 2010.
3     For the foregoing reasons, the court orders that plaintiffs'
4 motion shall be heard on March 22, 2010 at 10:00 a.m. Defendants
5 shall file oppositions or statements of non-opposition by March 8,
6 2010. Plaintiffs may file a reply, if any, by March 15, 2010.
7     The court further orders that plaintiffs shall serve their
8 complaint, their ex parte motion, and this order upon defendants
9 by March 1, 2010.
10     IT IS SO ORDERED.
11     DATED: February 26, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT