UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARINA LOWRIE and
CLIFFORD LOWRIE, JR.,

        NO. CIV. S-10-468 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

ALLIANCE BANCORP, a California
corporation; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., a
California corporation; PARADISE
MORTGAGE CORPORATION, a California
corporation; JP MORGAN CHASE BANK,
a national financial institution;
CALIFORNIA RECONVEYANCE COMPANY,
a California corporation; and
DOES 1 to 100, inclusive,

    Defendants.
                                 /

On February 25, 2010, plaintiffs filed an ex parte motion for a temporary restraining order seeking to enjoin defendants from "selling, transferring, conveying, foreclosing upon, evicting or any other conduct adverse to" plaintiffs concerning the real property at 2703 Carmero Drive, Lincoln, California 95648. Plaintiffs' counsel initially believed that a foreclosure sale of this real property is scheduled to take place on February 26, 2010

1

1  at 10:00 a.m. However, plaintiffs' counsel just informed the court
2  that the foreclosure sale is postponed until April 2010.
3      For the foregoing reasons, the court orders that plaintiffs'
4  motion shall be heard on March 22, 2010 at 10:00 a.m. Defendants
5  shall file oppositions or statements of non-opposition by March 8,
6  2010. Plaintiffs may file a reply, if any, by March 15, 2010.
7      The court further orders that plaintiffs shall serve their
8  complaint, their ex parte motion, and this order upon defendants
9  by March 1, 2010.
10     IT IS SO ORDERED.
11     DATED:  February 26, 2010.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2