UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARINA LOWRIE and
CLIFFORD LOWRIE, JR.,

                             NO. CIV. S-10-468 LKK/GGH

        Plaintiffs,

   v.

                                O R D E R

ALLIANCE BANCORP, a California
corporation; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., a
California corporation; PARADISE
MORTGAGE CORPORATION, a California
corporation; JP MORGAN CHASE BANK,
a national financial institution;
CALIFORNIA RECONVEYANCE COMPANY,
a California corporation; and
DOES 1 to 100, inclusive,

        Defendants.
                               /

      On February 24, 2010, the court ordered that a status (scheduling) conference was set for April 26, 2010. This order stated that parties must file status reports ten (10) days prior to the status conference. On March 9, 2010, this court re-set the status conference for May 17, 2010 at 11:30 a.m.

      On March 22, 2010, the court held a hearing for a temporary restraining order to which no appearances were made. Shortly after

1

the hearing, plaintiffs filed a notice of withdrawal of their motion for a temporary restraining order.

On March 26, 2010, defendant Paradise Mortgage Corporation filed an answer to plaintiffs' complaint.

The parties' status reports were due on May 7, 2010 at 4:30 p.m. On May 11, 2010 and May 14, 2010, court staff called counsel for both parties because no reports were filed. Plaintiff's counsel's staff indicated that it would file a report by Wednesday, May 12, 2010. Defense counsel expressed that it was plaintiff's responsibility to file a status report. Court staff informed the parties that the judge would be unavailable from May 12, 2010 through May 14, 2010.

At 5:09 p.m. on Friday, May 14, 2010, the parties filed a stipulation to continue the status conference. They provided no information as to why this court should grant the stipulation or why the stipulation was filed at such a late date.

For the foregoing reasons, the court orders as follows:

1. Counsel for plaintiffs and counsel for defendant are hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $250 within fourteen (14) days of the issuance of this order. See Fed. R. Civ. P. 41(b), Link v. Wabash R.R., 370 U.S. 626, 633 (1962).

2. The status conference set for May 17, 2010 at 11:30 a.m. is vacated.

////

1   3.   The court SETS a further status conference for July 19,
2        2010 at 10:30 a.m.
3   IT IS SO ORDERED.
4   DATED: May 17, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3