UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARINA LOWRIE and
CLIFFORD LOWRIE, JR.,

        Plaintiffs,

   v.

ALLIANCE BANCORP, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation; PARADISE MORTGAGE CORPORATION, a California corporation; JP MORGAN CHASE BANK, a national financial institution; CALIFORNIA RECONVEYANCE COMPANY, a California corporation; and DOES 1 to 100, inclusive,

        Defendants.
_____/

NO. CIV. S-10-468 LKK/GGH

O R D E R

Plaintiffs in this suit bring numerous claims against various private financial and real estate businesses involved with plaintiff's home mortgage. On May 20, 2010, defendants JPMorgan Chase Bank, NA and California Reconveyance Company moved to dismiss all claims against them under Fed. R. Civ. P 12(b)(6). This motion was set for hearing on June 21, 2010. Pursuant to Local Rule 230(c), plaintiffs' opposition or statements of non-opposition was

1

1  due on June 8, 2010. Plaintiffs did not file an opposition or
2  statement of non-opposition. Instead, on June 10, 2010, twenty-one
3  days after the motion was filed, plaintiff filed an amended
4  complaint. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), plaintiff may
5  file an amended complaint twenty one days after service of a
6  motion. Thus, plaintiff's amended complaint was timely filed.

7  It appears that many of the arguments raised in the motion to
8  dismiss and to strike portions of the initial complaint may also
9  apply to the amended complaint. Nonetheless, the court declines to
10 address this issue without briefing directly on point from either
11 party.

12 Accordingly, the pending motion, Dkt. No. 18 is DENIED WITHOUT
13 PREJUDICE as moot. The hearing on this motion set for June 21, 2010
14 is hereby VACATED.

15 IT IS SO ORDERED.

16 DATED: June 14, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2