**FISHER & RUEHMANN, LLP**
Stephen C. Ruehmann (167533)
Marc A. Fisher, Esq. (47794)
9580 Oak Avenue Parkway, #15
Folsom, CA 95630
(916) 988-8001

Attorneys for Plaintiffs
CARINA LOWRIE AND CLIFFORD LOWRIE JR.

UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA LOWRIE AND CLIFFORD LOWRIE JR, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIANCE BANCORP, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation; PARADISE MORTGAGE CORPORATION a California corporation; JP MORGAN CHASE BANK, a national financial institution; CALIFORNIA RECONVEYANCE COMPANY, a California corporation; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 2:10-CV-00468 <br><br> STIPULATION of Dismissal and ORDER Granting Dismissal <br><br><br> Hon. Lawrence K. Karlton <br><br> ACTION FILED: February 24, 2010 |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41 (a), Plaintiff voluntarily dismisses the above captioned action without prejudice.

Dated:  August 26, 2010                     /S/    Stephen C. Ruehmann_____
                                           Stephen C. Ruehmann
                                           Attorney for Plaintiffs


**ORDER GRANTING DISMISSAL**

IT IS SO ORDERED.

Dated:  August 26, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT